UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,<br><br>Petitioners,<br><br>-v.-<br><br>PRECISION FURNITURE INSTALLATIONS, LLC,<br><br>Respondent. | 23 Civ. 02852 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On April 5, 2023, Petitioners filed a petition to confirm an arbitration award. (ECF No. 1.) Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners file and serve any additional materials with which they intend to support their petition to confirm by **May 16, 2023**. Respondent's opposition, if any, is due **May 30, 2023**. Petitioners' reply, if any, is due **June 6, 2023**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight delivery no later than **May 16, 2023**, and shall file an affidavit of such service with the Court no later than **May 17, 2023**.

SO ORDERED.

Dated: May 2, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge