## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; and CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                Petitioners,                23 **CIVIL** 2852 (JHR)

     -against-                                **JUDGMENT**

PRECISION FURNITURE INSTALLATIONS, LLC,.

                Respondent.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2024, Petitioners' motion for summary judgment is GRANTED. Judgment is entered in favor of Petitioners, consisting of (i) the arbitration award of $1,937,337.22, plus pre-judgment interest calculated at 6.75% per annum from December 28, 2022 through entry of this Judgment for the amount of $164,448.08; (ii) $3,271.85 in attorneys' fees and costs related to bringing this action; and (iii) post-judgment interest which shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           March 31, 2024

                                                      **RUBY J. KRAJICK**

                                                          Clerk of Court

BY:

                                                          **Deputy Clerk**